IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
NOV 2 0 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:12-cv-01256 (LMB/IDD) |
| v. ) | Civil Action No. 1:12-cv-01257 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01258 (LMB/IDD) |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| INGENUITY 13 LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-01254 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01255 (LMB/IDD) |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| QUAD INTERNATIONAL, INC., ) | Civil Action No. 1:12-cv-01252 (LMB/IDD) |
| d/b/a THE SCORE GROUP, ) | Civil Action No. 1:12-cv-01253 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01259 (LMB/IDD) |
| Plaintiff, ) | Civil Action No. 1:12-cv-01260 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01261 (LMB/IDD) |
| v. ) | Civil Action No. 1:12-cv-01263 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01264 (LMB/IDD) |
| JOHN DOE, ) | Civil Action No. 1:12-cv-01265 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01266 (LMB/IDD) |
| Defendant. ) | Civil Action No. 1:12-cv-01267 (LMB/IDD) |
| ) | Civil Action No. 1:12-cv-01268 (LMB/IDD) |
| | Civil Action No. 1:12-cv-01273 (LMB/IDD) |

1

## ORDER

THIS MATTER is before the Court on Plaintiff's Motions for Leave to Take Discovery Prior to Rule 26(f) Conference ("Motions"), specifically to serve a Rule 45 subpoena to identify John Doe. Upon review of the Motions, the Court finds that good cause exists for expedited discovery. Therefore, it is hereby

**ORDERED** that the Motions are **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 20th day of November 2012.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia