UNITED STATES DISTRICT COURT
Eastern District of Virginia

AF Holdings, LLC

Plaintiff,

**Case No. 1:12cv1256**

v.

JOHN DOE

Defendant.

**PLAINTIFF'S WAIVER OF ORAL ARGUMENT**

Plaintiff waives oral argument on its previously filed motion for discovery.

                                        Respectfully submitted,

DATED:February 13, 2013

                                        By:     /s/ Timothy V. Anderson
                                        Timothy V. Anderson
                                        Anderson & Associates, PC
                                        2492 North Landing Rd Ste 104
                                        Virginia Beach, VA 23456
                                        757-301-3636 Tel
                                        757-301-3640 Fax
                                        timanderson@virginialawoffice.com
                                        *Attorney for Plaintiff*

CERTIFICATE OF MAILING

I CERTIFY that a true of copy of this notice was filed with this Court causing ECF notification to all parties consenting to notice by this Court.
.

                By:    /s/ Timothy V. Anderson
                Timothy V. Anderson
                Anderson & Associates, PC
                2492 North Landing Rd Ste 104
                Virginia Beach, VA 23456
                757-301-3636 Tel
                757-301-3640 Fax
                timanderson@virginialawoffice.com
                *Attorney for Plaintiff*